ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 8 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| SHANAN O'NEAL, 896508,<br>　　Petitioner,<br><br>v.<br><br>STATE OF TEXAS,<br>　　Respondent. | 3:05-CV-984-B |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE